IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JASON REED, individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>EMPIRE AUTO PARTS, INC., et al.,<br><br>        Defendants. | Civil No. 13-5220 (RMB/AMD) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on March 5, 2014; and the Court noting the following appearances: Matthew D. Miller, Esquire, appearing on behalf of the plaintiff; and Richard L. Hertzberg, Esquire, appearing on behalf of the defendant; and good cause appearing for the entry of the within Order:

IT IS on this **5th** day of **March 2014**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **June 16, 2014 at 12:00 Noon**. Counsel for plaintiff shall initiate the telephone call.

2. Class discovery shall be completed by **May 30, 2014.**

3. All other provisions of the Scheduling Order of December 18, 2013 shall remain in effect.

4. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all

such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER** FED. R. CIV. P. **16(f).**


                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE


cc: Hon. Renée Marie Bumb