# EXHIBIT B

## Check View - Rollup Totals

Name:   Reed, Jason D

**Selected checks**

| Year/Week # | Pay Date | Period End | Gross | Net | Check Number | Co/File # |
|---|---|---|---|---|---|---|
| 2013 - 11 - 1 | 03/11/2013 | 03/07/2013 | 140.94 | 45.32 | 50400846 | C0J/001830 |
| 2013 - 09 - 1 | 02/25/2013 | 02/21/2013 | 1,306.25 | 700.00 | 50391741 | C0J/001830 |
| 2013 - 09 - 1 | 02/25/2013 | 02/21/2013 | 30.94 | 28.30 | 50391742 | C0J/001830 |
| 2013 - 07 - 1 | 02/11/2013 | 02/07/2013 | 1,301.09 | 696.18 | 50382374 | C0J/001830 |
| 2013 - 05 - 1 | 01/28/2013 | 01/24/2013 | 1,203.13 | 623.24 | 50373138 | C0J/001830 |
| 2013 - 03 - 1 | 01/14/2013 | 01/10/2013 | 1,197.97 | 619.38 | 50364086 | C0J/001830 |
| 2012 - 53 - 1 | 12/31/2012 | 12/27/2012 | 1,146.41 | 612.55 | 50355358 | C0J/001830 |
| 2012 - 51 - 2 | 12/21/2012 | 12/19/2012 | 275.00 | 185.21 | 50349547 | C0J/001830 |
| 2012 - 51 - 1 | 12/17/2012 | 12/13/2012 | 1,182.50 | 637.76 | 50342350 | C0J/001830 |
| 2012 - 49 - 1 | 12/03/2012 | 11/29/2012 | 1,172.19 | 624.22 | 50330876 | C0J/001830 |
| 2012 - 47 - 1 | 11/19/2012 | 11/15/2012 | 1,244.38 | 679.56 | 50319051 | C0J/001830 |
| 2012 - 45 - 1 | 11/05/2012 | 11/01/2012 | 1,285.63 | 711.14 | 50309465 | C0J/001830 |
| 2012 - 43 - 1 | 10/22/2012 | 10/18/2012 | 1,239.22 | 673.77 | 50299159 | C0J/001830 |
| 2012 - 40 - 1 | 10/05/2012 | 10/04/2012 | 1,235.78 | 677.55 | 50287634 | C0J/001830 |
| 2012 - 39 - 1 | 09/24/2012 | 09/20/2012 | 1,332.03 | 708.05 | 50276276 | C0J/001830 |
| 2012 - 37 - 1 | 09/10/2012 | 09/06/2012 | 1,213.44 | 617.18 | 50265506 | C0J/001830 |
| 2012 - 35 - 1 | 08/27/2012 | 08/23/2012 | 1,352.66 | 723.88 | 50254784 | C0J/001830 |
| 2012 - 33 - 1 | 08/13/2012 | 08/09/2012 | 1,399.06 | 759.16 | 50242917 | C0J/001830 |
| 2012 - 31 - 1 | 07/30/2012 | 07/26/2012 | 1,290.79 | 0.00 | 00310112 | C0J/001830 |
| 2012 - 29 - 1 | 07/16/2012 | 07/12/2012 | 1,234.06 | 0.00 | 00290109 | C0J/001830 |
| 2012 - 27 - 1 | 07/02/2012 | 06/28/2012 | 1,290.78 | 0.00 | 00270112 | C0J/001830 |
| 2012 - 25 - 1 | 06/18/2012 | 06/14/2012 | 1,254.69 | 0.00 | 00250114 | C0J/001830 |
| 2012 - 23 - 1 | 06/04/2012 | 05/31/2012 | 1,270.16 | 0.00 | 00230113 | C0J/001830 |
| 2012 - 21 - 1 | 05/21/2012 | 05/17/2012 | 1,218.59 | 0.00 | 00210115 | C0J/001830 |
| 2012 - 19 - 1 | 05/07/2012 | 05/03/2012 | 1,211.63 | 0.00 | 00190111 | C0J/001830 |
| 2012 - 17 - 1 | 04/23/2012 | 04/19/2012 | 1,211.63 | 0.00 | 00170114 | C0J/001830 |
| 2012 - 15 - 1 | 04/09/2012 | 04/05/2012 | 1,107.01 | 0.00 | 00150107 | C0J/001830 |
| 2012 - 13 - 1 | 03/26/2012 | 03/22/2012 | 1,211.63 | 0.00 | 00130106 | C0J/001830 |
| 2012 - 11 - 1 | 03/12/2012 | 03/08/2012 | 1,150.88 | 0.00 | 00110109 | C0J/001830 |
| 2012 - 09 - 1 | 02/27/2012 | 02/23/2012 | 1,358.44 | 0.00 | 00090107 | C0J/001830 |
| 2012 - 07 - 1 | 02/13/2012 | 02/09/2012 | 1,231.88 | 0.00 | 00070110 | C0J/001830 |
| 2012 - 05 - 1 | 01/30/2012 | 01/26/2012 | 1,231.88 | 0.00 | 00050110 | C0J/001830 |

D000097

| 2012 - 02 - 1 | 01/13/2012 | 01/12/2012 | 1,140.75 | 0.00 | 00020136 | C0J/001830 |
|---|---|---|---|---|---|---|
| 2012 - 02 - 1 | 01/13/2012 | 01/12/2012 | 30.38 | 0.00 | 00020137 | C0J/001830 |
| 2011 - 52 - 1 | 12/30/2011 | 12/29/2011 | 1,211.63 | 0.00 | 00520109 | C0J/001830 |
| 2011 - 51 - 1 | 12/19/2011 | 12/15/2011 | 1,323.00 | 0.00 | 00510196 | C0J/001830 |
| 2011 - 51 - 1 | 12/19/2011 | 12/15/2011 | 100.00 | 0.00 | 00510197 | C0J/001830 |
| 2011 - 49 - 1 | 12/05/2011 | 12/01/2011 | 1,231.88 | 0.00 | 00490111 | C0J/001830 |
| 2011 - 47 - 1 | 11/21/2011 | 11/17/2011 | 1,277.44 | 0.00 | 00470105 | C0J/001830 |
| 2011 - 45 - 1 | 11/07/2011 | 11/03/2011 | 1,287.56 | 669.11 | 50012524 | C0J/001830 |
| 2011 - 43 - 1 | 10/24/2011 | 10/20/2011 | 1,231.88 | 626.60 | 30519328 | C0J/001830 |
| 2011 - 41 - 1 | 10/10/2011 | 10/06/2011 | 1,272.38 | 657.51 | 30516121 | C0J/001830 |
| 2011 - 39 - 1 | 09/26/2011 | 09/22/2011 | 1,128.94 | 548.05 | 30513278 | C0J/001830 |
| 2011 - 39 - 1 | 09/26/2011 | 09/22/2011 | 108.00 | 99.80 | 30513279 | C0J/001830 |
| 2011 - 37 - 1 | 09/12/2011 | 09/08/2011 | 1,171.13 | 580.28 | 30510087 | C0J/001830 |
| 2011 - 35 - 1 | 08/29/2011 | 08/25/2011 | 1,181.25 | 587.99 | 30506614 | C0J/001830 |
| 2011 - 33 - 1 | 08/15/2011 | 08/11/2011 | 1,211.63 | 611.19 | 30503887 | C0J/001830 |
| 2011 - 31 - 1 | 08/01/2011 | 07/28/2011 | 1,206.56 | 0.00 | 00310096 | C0J/001830 |
| 2011 - 29 - 1 | 07/18/2011 | 07/14/2011 | 1,161.00 | 0.00 | 00290125 | C0J/001830 |
| 2011 - 26 - 1 | 07/01/2011 | 06/30/2011 | 1,247.06 | 0.00 | 00260099 | C0J/001830 |
| 2011 - 25 - 1 | 06/20/2011 | 06/16/2011 | 1,226.81 | 0.00 | 00250098 | C0J/001830 |
| 2011 - 23 - 1 | 06/06/2011 | 06/02/2011 | 1,142.38 | 0.00 | 00230093 | C0J/001830 |
| 2011 - 21 - 1 | 05/23/2011 | 05/19/2011 | 1,235.00 | 0.00 | 00210099 | C0J/001830 |
| 2011 - 19 - 1 | 05/09/2011 | 05/05/2011 | 1,121.25 | 0.00 | 00190095 | C0J/001830 |
| 2011 - 17 - 1 | 04/25/2011 | 04/21/2011 | 1,176.50 | 0.00 | 00170094 | C0J/001830 |
| 2011 - 15 - 1 | 04/11/2011 | 04/07/2011 | 1,200.88 | 0.00 | 00150097 | C0J/001830 |
| 2011 - 13 - 1 | 03/28/2011 | 03/24/2011 | 1,166.75 | 0.00 | 00130100 | C0J/001830 |
| 2011 - 11 - 1 | 03/14/2011 | 03/10/2011 | 1,283.75 | 0.00 | 00110097 | C0J/001830 |
| 2011 - 09 - 1 | 02/28/2011 | 02/24/2011 | 1,225.25 | 0.00 | 00090089 | C0J/001830 |
| 2011 - 07 - 1 | 02/14/2011 | 02/10/2011 | 1,298.38 | 0.00 | 00070095 | C0J/001830 |
| 2011 - 05 - 1 | 01/31/2011 | 01/27/2011 | 885.63 | 0.00 | 00050087 | C0J/001830 |
| 2011 - 03 - 1 | 01/17/2011 | 01/13/2011 | 1,264.25 | 0.00 | 00030123 | C0J/001830 |
| 2011 - 03 - 1 | 01/17/2011 | 01/13/2011 | 48.75 | 0.00 | 00030124 | C0J/001830 |
| 2011 - 01 - 1 | 01/03/2011 | 12/30/2010 | 900.25 | 0.00 | 00010092 | C0J/001830 |
| 2010 - 51 - 1 | 12/20/2010 | 12/16/2010 | 1,288.63 | 0.00 | 00510166 | C0J/001830 |
| 2010 - 51 - 1 | 12/20/2010 | 12/16/2010 | 100.00 | 0.00 | 00510167 | C0J/001830 |
| 2010 - 49 - 1 | 12/06/2010 | 12/02/2010 | 1,161.88 | 0.00 | 00490093 | C0J/001830 |
| 2010 - 47 - 1 | 11/22/2010 | 11/18/2010 | 1,283.75 | 0.00 | 00470089 | C0J/001830 |

| 2010 - 45 - 1 | 11/08/2010 | 11/04/2010 | 1,215.50 | 0.00 | 00450088 | C0J/001830 |
| 2010 - 43 - 1 | 10/25/2010 | 10/21/2010 | 1,200.88 | 0.00 | 00430088 | C0J/001830 |
| 2010 - 41 - 1 | 10/11/2010 | 10/07/2010 | 1,066.00 | 0.00 | 00410088 | C0J/001830 |
| 2010 - 39 - 1 | 09/27/2010 | 09/23/2010 | 1,298.38 | 0.00 | 00390092 | C0J/001830 |
| 2010 - 37 - 1 | 09/13/2010 | 09/09/2010 | 87.87 | 79.47 | 00000000 | C0J/001830 |
| 2010 - 37 - 1 | 09/13/2010 | 09/09/2010 | 1,147.25 | 0.00 | 00370091 | C0J/001830 |
| 2010 - 35 - 1 | 08/30/2010 | 08/26/2010 | 1,072.50 | 0.00 | 00350081 | C0J/001830 |

**Earnings Statement Summary**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 4,927.00 | 66,109.38 |
| Overtime | | | 497.25 | 9,990.03 |
| | B - Bonus | 3 | | 475.00 |
| | FH - Floating Hol | 3 | 24.00 | 322.25 |
| | H - Hol | 3 | 128.00 | 1,720.00 |
| | P - Personal Pto | 3 | 104.00 | 1,416.01 |
| | PP - Pers Payout | 3 | 2.25 | 30.94 |
| | V - Vacation | 3 | 72.00 | 982.00 |
| | VP - Vac Payout | 3 | 8.00 | 108.00 |

**Gross Pay**                                                                 81,153.61

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 8,200.53 |
| Social Security | | | | 3,594.55 |
| Medicare | | | | 1,131.50 |
| State Worked In: New Jersey | NJ | | | 1,312.26 |
| SUI/SDI: New Jersey | 21 | | | 665.16 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 71 - Tax Levy | | | 1,150.00 |
| | 75 - Support Order | | | 19,360.69 |
| | CK1 - Checking 1 | | | 27,837.22 |
| | D - Dental | | | 323.40 |
| | M - Medical | | | 2,201.23 |
| | MR - Med Reimb | | | 59.83 |
| | P - Prescription | | | 468.67 |
| | VCI - Voluntary CI | | | 66.12 |

**Net Pay**                                                                   14,782.45

D000099

| Memos | Code | Amount |
|---|---|---|
| | B - Health Plan Value | 2,590.08 |
| | E | 37,703.80 |
| | H | 2,628.50 |

D000100