# EXHIBIT D

Delivery Driver

As a delivery driver, your primary responsibility will be to operate appointed delivery vehicles safely, efficiently, and appropriately to assure safe transportation of parts, returns, and collections from various specified destinations and our corporate offices. As a delivery driver, working knowledge of the rules and regulations involved in the safe operation of automotive equipment is imperative. A delivery driver must observe traffic laws, follow established traffic and transportation procedures, and maintain defensive driving at all times. Delivery drivers will be responsible for loading and unloading parts in as cautious, conscientious, and organized manner as possible, arranging their cargo to avoid damage. All delivery drivers need to maintain a timely schedule and complete all deliveries as planned. As a delivery driver, attention to detail, such as interpreting policy and procedures, understanding maps, plotting route directions, understanding and following oral and written delivery instructions, as well as the ability to verify the contents and condition of inventory loads against shipping papers is crucial for efficient delivery.

Our delivery drivers represent the organization, and should be able to deal civilly, effectively, patiently, and professionally with others while maintaining a friendly and pleasant demeanor. Communication is important, as delivery drivers provide a link between customers and staff, interacting with the public as part of a larger cooperative team. A delivery driver needs to maintain dispatch logs, present billing statements, collect signatures, and turn in receipts and payments received from deliveries. Delivery drivers must report delays, accidents, changes in route assignment, mechanical problems encountered with vehicles or other traffic and transportation situations, complications with delivery or payment, or to give our corporate office notice of a return. Delivery drivers need to maintain accurate, up-to-date records on vehicle maintenance and condition reports, incident reports, and accident reports--as scheduled, necessary or as requested from management. Delivery drivers may be asked to provide other services or related duties as requested by management and simple vehicle maintenance (fueling a vehicle, clearing snow and frost from windshields and mirrors, etc.)

Previous driving and delivery experience is preferred.

- The company will obtain and review each driver's personal driving record prior to employment and whenever else necessary during the course of employment to ensure compliance. All employees who are in a potential driving position are required to maintain a valid drivers license, and are required to report any driver's license suspensions or revocations, vehicular accidents and moving violations (whether incurred on the job or not), citations or convictions with full details to their supervisor.
- A delivery driver must take and successfully pass a pre-employment drug test, as well as at random, reasonable suspicion, and post-accident drug and alcohol tests.
- Employees who drive company vehicles shall not, at any time, use company vehicles for personal reasons. This policy shall be strictly enforced with disciplinary action, up to and including termination. Employees are restricted from personal use of any kind, including, but not limited to, the following: Using company vehicles to run personal errands on or off clock. Transporting non-employees in company vehicles, including family members Allowing non-employees to use company vehicles for any reason.
- Delivery drivers will not speed; will wear seat belts at all times; will avoid or back down from any confrontation; will not speak on phone or text while driving

D000409