# EXHIBIT G

## Interview Checklist Driver

Candidate: __Jason D Reed__   Date: __4-6-2010__

### Job Description

- Must have clean Motor Vehicles Record
- Experienced drivers preferred
- Responsibilities include loading and unloading vans or trucks
- Be able to handle delivery, collections and returns

Starting Salary $12

**90 Day Probationary Period** $13

**Working hours** M-F 8-4:30

**Dress Code**

**Pay dates** – Bi-weekly on Monday's (next scheduled date_____)

**Benefits Summary** – Medical/ Dental (after 6 month employment) 401k, vacation/personal days (after 1 year employment)

**Advise them that the position may require a background check**

**Advise them of drug testing mandatory** – if considered and position accepted a $60 deposit, refundable only on negative drug test results and acceptance of employment.

Notes: