# EXHIBIT H

**Steve Moskal**

**From:** Jeffrey Bealer [jbealer@empireauto.biz]
**Sent:** Tuesday, January 03, 2012 8:20 AM
**To:** Steve Moskal
**Subject:** Re: Do not Use TIME CLOCK

I think most of our guys messed that up and clocked out or in I guess it was to much of a habit.
Martha vacation day
Joe A salary
Jeff B 7:00-6:30   2.5 OT ✓
Rich S 7:30-6:00   2 OT ✓
Jeff J 7:30-5:15   1.25 OT ✓
Ken T 7:30-4:30   .50 OT *
Jay R 7:30-5:30   1.5 OT ✓
Jose C 8:30-5:30   1.0 OT ✓
Mike D 7:30-4:45   .75 OT ✓

On Thu, Dec 29, 2011 at 8:18 AM, Steve Moskal <smoskal@empireauto.biz> wrote:

Ok, just make sure they don't clock out

On Dec 29, 2011 7:43 AM, "Jeffrey Bealer" <jbealer@empireauto.biz> wrote:
I checked this too late most of our guys clocked in.

On Wed, Dec 28, 2011 at 8:18 PM, Steve Moskal <smoskal@empireauto.biz> wrote:

Please forward days hours over, Payroll will be processed and we will need to lockout time clock. Any questions please call me.

D000282