# EXHIBIT I



# Greenbaum Rowe
## Smith 🅢 Davis |LLP

### COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

RICHARD L. HERTZBERG
PARTNER
RHERTZBERG@GREENBAUMLAW.COM

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

May 16, 2014

VIA E-MAIL: mmiller@swartz-legal.com
AND FEDERAL EXPRESS OVERNIGHT

Matthew D. Miller, Esq.
Swartz Swidler, LLC
1878 Marlton Pike East, Suite 10
Cherry Hill, NJ 08003

          **Re:   Jason Reed v. Empire Auto Parts, Inc.**
                **Case No. 1:13-CV-05220-RMB-AMD**

Dear Matt,

    I enclose defendant's Answers to Plaintiff's First Set of Interrogatories, including disc containing production of documents, Bates stamped D000001-D000497.

    Thank you for your cooperation.

Sincerely,

*Richard L. Hertzberg* /s

RICHARD L. HERTZBERG

RLH:vnb
Enclosures

2871412.1

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988
732-549-5600
Attorneys for Defendant,
Empire Auto Parts, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JASON REED,<br><br>        Plaintiff,<br><br>v.<br><br>EMPIRE AUTO PARTS, INC.,<br><br>        Defendant. | **Case No. 1:13-CV-05220-RMB-AMD**<br><br>**DEFENDANT EMPIRE AUTO PARTS, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

**TO:**  Matthew D. Miller, Esq.
     SWARTZ SWIDLER, LLC
     1878 Marlton Pike East. Ste. 10
     Cherry Hill, NJ 08003
     Attorneys for Plaintiff

**COUNSEL:**

Defendant, Empire Auto Parts, Inc. ("Empire"), responds to the Interrogatories served by plaintiff, Jason Reed, as set forth herein.

### GENERAL OBJECTIONS

1. Empire objects to the Interrogatories to the extent that they are unreasonable, unduly burdensome, overly broad, vague and ambiguous, improperly assume facts and/or call for

production of documents that are not reasonably calculated to lead to discovery of admissible evidence.

2.   Empire objects to the Interrogatories to the extent that they call for the disclosure of information in violation of the attorney/client privilege or work product doctrine and will answer no such Interrogatories.

3.   Empire objects to the Interrogatories to the extent that they call for answers to legal questions and therefore call for legal conclusions.

4.   Any specific answer to the Interrogatories is not an admission that any such information is relevant or admissible, but is only responsive to the Interrogatories.

5.   Empire does not concede that any documents produced in answer to any Interrogatory are relevant to the subject matter of the within litigation or are reasonably calculated to lead to the discovery of admissible evidence.  Empire reserves the right to object to the use of any documents produced in answer to any Interrogatory.

6.   Empire reserves the right to supplement and amend its answers to the Interrogatories as additional information may be revealed during discovery.

## INTERROGATORIES

1.    Identify each and every wage payment and/or wage compensation policy, provision, guideline or procedure created, used or enacted in the three (3) years preceding August 30, 2013 (hereinafter "the relevant time period") for the purpose of wage payment to individuals employed by Defendant as delivery drivers or in positions with similar duties. This request includes, but is not limited to, identifying any policy regarding, relating, or concerning, overtime rate calculation, overtime compensation, meal break deductions, shift differential pay calculation, shift differential compensation, and wage and/or pay deductions. This request also includes all policies regarding to rounding and calculating compensable time. For each such policy and/or practice, identify (1) who drafted and implemented same; (2) each and every location of Defendant where such policy/practice is utilized; (3) the date when such policy was implemented; and (4) the date when such policy was terminated (if applicable).

**ANSWER:**

**Defendant's policies are outlined in its handbook, which is provided to employees and which can be found on defendant's intranet site. Policies are communicated to employees in training sessions in or around the time of hiring and are reiterated in the course of employment. Among these policies is the requirement that drivers take a thirty-minute meal break and that they are responsible for keeping track of their meal breaks.  All drivers are subject to these policies. It is believed that an employment consultant was hired in connection with the drafting and implementation of these policies.**

2.    Identify each and every policy and/or practice of Defendant used or enacted during the relevant time period regarding: 1) meal breaks taken by delivery drivers, 2) delivery route determination for delivery drivers, 3) clock-in and clock-out procedures for delivery drivers, 4) delivery drivers' operation of Defendant's vehicles, 5) interrupted meal breaks, and 6) GPS tracking of delivery drivers. For each such policy and/or practice, identify (1) who drafted and implemented same; (2) each and every location of Defendant where such policy/practice is utilized; (3) the date when such policy was implemented; and (4) the date when such policy was terminated (if applicable).

ANSWER:

Thirty-minute meal breaks are to be taken by each employee and this policy is found in the handbook, communicated at the time of hiring and is reiterated at various times in the course of employment. Delivery routes are determined with driver input based on customer needs, customer proximity to the warehouse and customer proximity to other customers. Drivers are to clock-in and clock-out upon entry in and upon departure from the warehouse. The use of company vehicles is governed by the terms set forth in the employee handbook and related materials produced herewith. Meal breaks should not be interrupted by work activities. To the extent unauthorized work during meal time occurs, drivers are to advise their superiors so appropriate adjustment can be made to compensation. GPS usage is controlled by the terms of documentation given to employees and provided herewith. These policies are uniformly applied. It is believed that an employment consultant was involved in drafting and implementation. The referenced policies were in place during the relevant time period.

3.   Identify each and every system, program or procedure, including but not limited to, software and written and non-written policies, procedures, and/or systems, used or enacted during the relevant time period for the purposes of tracking, recording, categorizing, memorializing and/or monitoring all hours and/or time worked, whether considered compensable or not, for any current and/or former individuals employed by Defendant as delivery drivers.

ANSWER:

GPS, and ADP "time and attendance" systems are in place.

4.   Identify each and every person who is/was responsible for and/or who participates/participated in paying, calculating and compiling information regarding any and/or all delivery drivers' wages and compensable time during the relevant time period.

ANSWER:

Steve Moskal.

5.   Identify each and every location in which Defendant employs delivery drivers, and for each such location, identify any and all meal break deduction policies to which Defendant subjects delivery drivers.

ANSWER:

The main distribution center is located at 15 Jackson Road in Totowa, New Jersey. Satellite offices are maintained in Cinnaminson, New Jersey; Binghamton, New York; Cohoes, New York; Hicksville, New York; Kingston, Pennsylvania; and Rocky Hill, Connecticut. Automatic thirty-minute deductions apply for all drivers, and a driver should advise when he or she did not take an uninterrupted meal break.

6.   For each current and/or former delivery driver employed by Defendant who is/was subjected to the same automatic meal break deduction policy as Plaintiff, identify:

a.   The employee's name, address, and phone number;

b.   The employee's ID number;

c.   The employee's job title;

d.   The exact amount of hours the employee was clocked into work during each pay period (i.e. the amount of time the employee's punch in and punch out records show);

e.   The exact amount of hours Defendant deducted from the employee for meal breaks each pay period;

f.   The amount of hours for which Defendant compensated the employee, including any overtime hours; and

g.   The location at which the employee worked.

ANSWER:

Last known names and addresses are as follows:

| DRIVER NAME | ADDRESS |
| --- | --- |
| Abadia, Angel | 261 East 25th St. Paterson, NJ 07514 |

Abbott, Charles D     504 Alfred Dr.
Endwell, NY 13760

Acevedo, Carlos J     10 3rd St.
Wayne, NJ 07470

Almanzar, Gabriel     437 Joralemon St.
Apt. 2
Belleville, NJ 07109

Alvarado, Ezequiel     1806 Broad St.
Hartford, CT 06114

Ayala, Daniel     2024 Stanley St.
New Britain, CT 06053

Azcona, Juan Joel     437 7th Ave.
Newark, NJ 07107

Badua, Marlon C     33 Boyden Parkway S.
2nd Fl.
Maplewood, NJ 07040

Baribault, Tyler R     PO Box 342
Marion, CT 06444

Barnes, Brian     69 Valentine Rd.
Apt. 2
Bloomfield, NJ 07003

Bartnick, Carl     645 Hazle St.
Wilkes Barre, PA 18702

Bealer, Jeffrey     105 Leconey Circle
Palmyra, NJ 08065

Belanger, Russ     294 South Main St.
Lot 31
East Windsor, CT 06088

Bellinger, Therman P     268 McLean Blvd.
Paterson, NJ 07504

Bennett, Rick     287 Grove St.
East Rutherford, NJ
07073

Blair, Oketo O     71 Lent Ave.
Hempstead, NY 11550

Blink, Scott     394East Ridge St.
Nanticoke, PA 18634

Blue, Jerry W     421 South 3rd Ave.
2nd Fl.
Highland Park, NJ 08904

| | |
|---|---|
| **Brown, Matthew** | 257 Hoover Ave., Apt. 3 Bloomfield, NJ 07003 |
| **Buchanan, Tesfa** | 2 Sedeyen Court Clifton, NJ 07013 |
| **Caban, Carlos** | 177 New Britain Ave. Unionville, CT 06085 |
| **Cabrera, Carlos** | 429 E. 23 St. Paterson, NJ 07514 |
| **Caceres, Florencio** | 151 Broughton Ave. Bloomfield, NJ 07003 |
| **Camacho, Anthony** | 230 River Drive Garfield, NJ 07026 |
| **Camacho, Osvaldo** | 382 Boyd St. Camden, NJ 08105 |
| **Caraballo, Jose A** | 260 Vernon Ave. Paterson, NJ 07503 |
| **Carey, Kevin** | 3 New Dorp Place Melville, NY 11747 |
| **Carcione, James F** | 224 Fencsak Ave. Elmwood Park, NJ 07407 |
| **Chace, Glen** | 48 Stuyvesant Ave., 2nd Fl. Lyndhurst, NJ 07071 |
| **Clark, Scott** | 3207 Route 26 Glen Aubrey, NY 13777 |
| **Colon, Hipolito** | 571 Hartford Rd., Apt. 10 Manchester, CT 06040 |
| **Czekala, Paul** | 437 Oak Hill Road Binghamton, NY 13901 |
| **Czerniak, Larry** | 90 10th Street Passaic, NJ 07055 |
| **Damato, Anthony** | 24 Spring Garden Lane Garfield, NJ 07026 |
| **D'Amico, John** | 614 Ringwood Avenue Pompton Lakes, NJ 07442 |

Davis, Nakia L      9 Edgewood St.
Apt. 2
Hartford, CT 06112

De Dios, Jesus      96 Howe Ave., Apt. 1
Passaic, NJ 07055

DeLeon, Ronald      34 Jackson St., Apt. 1
Passaic, NJ 07055

Diamante, Michael      2 Preston Ct.
Toms River, NJ 08757

Diaz, Anthony      455 Hazel St.
Clifton, NJ 07011

Dispoto, Gabriel      82 New St.
Nutley, NJ 07110

Dlugozima, Tomasz      247 Hayward Pl.
Wallington, NJ 07057

Donnelly, Kevin      132 Loomis Rd.
McDonough, NY 13801

Drobak, Robert      7 Church St.
Binghamton, NY 13901

Dunham, Matthew      152 Upper Mannix Rd.
East Greenbush, NY 12061

Emmi, David A.      67 Savitch Rd.
Binghamton, NY 13901

Enright, John      2233 State Hwy 162
Esperance, NY 12066

Espanol, Edmund      7 Bartholdi Ave.
Haskell, NJ 07420

Espenschied, Daniel
R      813 Rancocas Ave.
Riverside, NJ 08075

Falette, Cronauly      177 Granite Ave.
Paterson, NJ 07522

Fernandez, Michael      245 Pierremount Ave.
New Britain, CT 06053

Ferraiolo, Peter      104 Grove Ave.
Verona, NJ 07044

Fields, Ramon B      33 Branch Brook Pl.
Newark, NJ 07104

| | |
|---|---|
| **Flis, Peter** | 59 Cottage Pl.<br>Garfield, NJ 07026 |
| **Flores, Jose R** | 254 Jefferson St.<br>Hartford, CT 06106 |
| **Franco, Luis** | 62 Midland Ave.<br>Garfield, NJ 07026 |
| **Franqui, Milagros** | 398 Lenox Ave.<br>Uniondale, NY 11553 |
| **Furze, Peter L** | 42 Boulanger Ave.<br>West Hartford, CT 06110 |
| **Gabriel, Damien** | 3 Mc Kenzie Ave.<br>East Rutherford, NJ<br>07073 |
| **Gallagher, Daniel** | 140 Hudson St.,<br>Apt. 41<br>Hackensack, NJ 07601 |
| **Garcia, Jose J** | 125 Willet St.<br>Passaic, NJ 07055 |
| **Garcia, Rubiany** | 163 Ivy St., Apt. 1<br>Kearny, NJ 07032 |
| **Gomez, Frankiln G** | 14 Alva St.<br>Belleville, NJ 07109 |
| **Goode, Rawshawn** | 145 East 24th St.<br>Paterson, NJ 07504 |
| **Gorner, Brian** | 45 Hawthorne St., #C-3<br>Bristol, CT 06010 |
| **Grados, Luis H** | 3 High St.<br>Passaic, NJ 07055 |
| **Groppi, Martin** | 194 Lakeview Ave.<br>Paterson, NJ 07503 |
| **Gross, Keith** | 57 Roosevelt Ave.<br>Lodi, NJ 07644 |
| **Hall, Arnold** | 919 U S Rt 11, Apt 8C<br>Kirkwood, NY 13795 |
| **Haq, Abdalrahman** | 127 22nd Ave.<br>Paterson, NJ 07513 |
| **Helbing, Nelson** | 305 Ayla Lane<br>Dalton, PA 18414 |

| | |
|---|---|
| Huggins, Brandon | 183 West 22nd St.<br>Deer Park, NY 11729 |
| Jaiprashad, Gobin | 3092 Brower Ave.<br>Oceanside, NY 11572 |
| Jones, Jeffrey K | 28 Mott St.<br>Lawnside, NJ 08045 |
| Johnson, Jevon | 21 Federal St.<br>Clifton, NJ 07011 |
| Karalazarides,<br>Lazaros | 47 Gardner Ave.<br>Hicksville, NY 11801 |
| Keating, Alan | 100 25th St., Apt. 548<br>Watervliet, NY 12189 |
| Kendzulak, Paul | 1504 State Route 435<br>Roaring Brook, PA 18444 |
| Kerr, Brian | 40 Beech St.<br>Garfield, NJ 07026 |
| Kishbaugh, Jeremy M | 16 Crary St.<br>Shickshinny, PA 18655 |
| Komaromi, John | 1035 Anna Maria Dr.,<br>Apt 307<br>Johnson City, NY 13790 |
| Kravatsky, Steven W. | 175 Gold St., Apt. R<br>North Arlington, NJ<br>07031 |
| Kruszewski, Mark | 165 Ettore Drive<br>Williamstown, NJ 08094 |
| Loescher, Kurt C | 610 West Park Ave.<br>Lindenwold, NJ 08021 |
| Lopes, Craig | 40 Harvard Dr.<br>East Hartford, CT 06108 |
| Luciano, Angel | 315 8th St., Apt 4r<br>Union City, NJ 07087 |
| Luk, Hing-Ping | 128 Plauderville Ave #3<br>Garfield, NJ 07026 |
| Maciag, Tomasz | 28 Center Court<br>Garfield, NJ 07026 |
| Mallory, Karina M | 10 Marshall St., Apt. 7M<br>Irvington, NJ 07111 |

| | |
|---|---|
| Matos, Reggie | 62 Belden St.<br>Hartford, CT 06120 |
| Matos, Roger | 135 48th St.<br>Union City, NJ 07087 |
| McCargo, Marcus | 215 Wallace St.<br>Orange, NJ 07050 |
| McHugh, Christopher | 150 Hughes St.<br>Swoyersville, PA 18704 |
| Medina, Alexmil | 4 Watson Ave., Apt. 1-R<br>East Orange, NJ 07018 |
| Mysliwiec, Marcin | 106 Monhegan St., 2nd Fl.<br>Clifton, NJ 07013 |
| Narvaez, Dolores Jr. | 232 Gregory Ave.<br>Passaic, NJ 07055 |
| Nieves, Wayne | 109 Adelaide St.<br>Hartford, CT 06114 |
| Novak, Christopher | 24 Shepard Pl.<br>Nutley, NJ 07110 |
| Olivo, David | 124 Madison St.<br>Paterson, NJ 07501 |
| Olivo, Wilmer | 35 Strong St.<br>Wallington, NJ 07057 |
| Oratio, Kenneth M | 108 Lasalle Ave.<br>Hasbrouck Heights, NJ<br>07604 |
| Ortiz, Efrain | 248 A Lakeview Ave.<br>Clilfton, NJ 07011 |
| Ortiz, Raul | 5 Saint Marys Pl.<br>Belleville, NJ 07109 |
| Ostrout, Charles | 240 Spruce St.<br>Manchester, CT 06040 |
| Paflitzko, Gregory P | 142 Silleck St., 1st Fl.<br>Clifton, NJ 07013 |
| Pagan, Leonides | 60 South Main St.,<br>Apt. 3C<br>Lodi, NJ 07644 |
| Pellett, Erik | 42 Green Manor Dr.<br>East Hartford, CT 06118 |

| | |
|---|---|
| **Peltier, Stephen** | 71 Central Ter., Apt. 2<br>Cohoes, NY 12074 |
| **Peralta, Cesar S** | 100 Pulaski St., Apt. 8<br>Dunellen, NJ 08812 |
| **Peterson, Joseph P** | 123 Bleeker St.<br>Cohoes, NY 12047 |
| **Pierce, David J** | 118 Schoolhouse Lane<br>Mount Laurel, NJ 08054 |
| **Pierre, Paul** | 1202 Erhardt St.<br>Union, NJ 07083 |
| **Pimentel, Eddy L** | 90 Burgess Pl., Apt. 1<br>Passaic, NJ 07055 |
| **Ponce, Joseph** | 94 Summit Ave., 1st Fl.<br>Garfield, NJ 07026 |
| **Ponce, Luis** | 301 B Pershing Road<br>Clifton, NJ 07012 |
| **Prazner, Ed** | 39 Somerset St.<br>Wethersfield, CT 06109 |
| **Prus, Bruno D** | 172 Wallington Ave.<br>Wallington, NJ 07057 |
| **Pugh Jr, Walter W** | 836 Bloomfield Ave.,<br>Apt. C5<br>Montclair, NJ 07042 |
| **Ramirez, Antonio** | 297 Harrison Ave.<br>Garfield, NJ 07026 |
| **Ramirez, Ricardo** | 488 E 33th St., 1st Fl.<br>Paterson, NJ 07514 |
| **Ramos, Johathan** | 1223 N 33rd St.<br>Camden, NJ 08105 |
| **Redzepi, Beran** | 134 Banta Ave.<br>Garfield, NJ 07026 |
| **Reyes, Ernesto** | 209 Market St., Apt. 2<br>Garfield, NJ 07026 |
| **Rice, William G** | 52 Dorchester Dr.<br>Dallas, PA 18612 |
| **Rivera, Jesus** | 84 Pacific Ave.<br>Garfield, NJ 07026 |

| | |
|---|---|
| Rivera, Jose A | 362 N. 10th St., Apt. 2<br>Prospect Park, NJ 07508 |
| Robertson, Timothy | 6 Bob's Blvd.<br>Binghamton, NY 13901 |
| Robinson, James | 615 Clay St.<br>Riverside, NJ 08075 |
| Rodriguez Martinez,<br>Juan | 57 Hudson St., Apt. 1<br>Dover, NJ 07801 |
| Romero, Hector L | 131 Brook St., Apt. 1-A<br>Hartford, CT 06120 |
| Rosa, Jonathan | 102 Kensington Ter.,<br>Apt. 2<br>Passaic, NJ 07055 |
| Russo, Emil | 29 Knox Ter., Apt. 2C<br>Wayne, NJ 07470 |
| Rutcosky, Richard G | 325 West End Ave.<br>Haddonfield, NJ 08033 |
| Saddlemire, John | 71 Mary St., Apt. 1<br>Binghamton, NY 13903 |
| Sams, Corey | 1144 High Mountain Rd.<br>North Haledon, NJ 07508 |
| Santos, David | 470 Van Bussum Ave.<br>Garfield, NJ 07026 |
| Savage, Thomas W | 191 Colesville Rd.<br>Binghamton, NY 13904 |
| Sawalhi, Muneer I | 66 Mountain Side Ter.<br>Clifton, NJ 07011 |
| Schanil, John E | 22-14 Fairmont Pl.<br>Fairlawn, NJ 07410 |
| Schofield, Keith | 1042 State Route 79<br>Richford, NY 13835 |
| Schreiner, John | 36 Carnation Rd.<br>Levittown, NY 11756 |
| Segarra, Richard | 523 Grant St.<br>Camden, NJ 08102 |
| Segura, Jean C | 29 Mac Arthur Ave.,<br>Apt. 2<br>Garfield, NJ 07026 |

| | |
|---|---|
| **Sergeev, Daniel** | 1219 4th Ave., Apt. 2<br>Watervliet, NY 12189 |
| **Sherifi, Migdat** | 536 Midland Ave.<br>Garfield, NJ 07026 |
| **Smith, Christian T** | 365 Hoover Ave.<br>Bloomfield, NJ 07003 |
| **Soria, Marco** | 57 Warren Ave.<br>Roselle Park, NJ 07204 |
| **Stanek, Mariusz K** | 21 Stein Ave.<br>Wallington, NJ 07057 |
| **Sypek, Scott** | 5 Tupelo Pl.<br>Middletown, CT 06457 |
| **Tarbox, Andrew** | 646 Glendale Dr., Apt. 9<br>Endicott, NY 13760 |
| **Taveras-Genao, Jose R** | 508 East 24th St.<br>Paterson, NJ 07514 |
| **Tongue, Kenneth** | 122 A Folsom Ave.<br>Folsom, PA 19033 |
| **Torres, Alberto** | 927 Main Ave.<br>Passaic, NJ 07055 |
| **Torres, Jeremy** | 180 Hamilton Ave.<br>Clifton, NJ 07011 |
| **Torres, Joshua B** | 482 Paulison Ave.<br>Passaic, NJ 07055 |
| **Travis, Brian D** | 23 Garden Ave.<br>Mountain Top, PA 18707 |
| **Truty, Wieslaw** | 158 Anderson Ave.<br>Wallington, NJ 07057 |
| **Vazquez, Eric** | 69 Cromwell St.<br>Harford, CT 06114 |
| **Vega, Severo** | 1604 First St.<br>Rensselaer, NY 12144 |
| **Waszkiewicz, Christopher** | 8 Kimball Drive, 1N<br>New Britain, CT 06051 |
| **Williamson, David** | 275 Green St., Apt. 4F7<br>Edgewater Park, NJ 08010 |
| **Zalbert, Gene S** | 8 Whitman Ridge Dr.<br>Melville, NY 11747 |

The balance of the information sought by this interrogatory exceeds the limited scope of precertification discovery.

7. For each policy and/or practice identified in the Defendant's response to Interrogatory Numbers 1 and 2, identify whether Defendant followed said policies and/or practices when compensating Plaintiff. If the answer is anything other than an unequivocal "yes," please identify each and every fact Defendant claims supports this determination and/or contention.

ANSWER:

Yes.

8. Identify each and every formula, program, rule or equation Defendant used during the relevant time period utilized in its Time and Attendance system (i.e. "Kronos") to calculate the compensable hours worked, wages, and/or overtime wages for any and all of Defendant's non-exempt hourly current and former employees. In particular, identify any and all rounding formulas, programs, rules, or equations which Defendant used during the relevant time period for calculating the amount of compensable time worked by Defendant's non-exempt hourly employees. For each, state the date enacted, the person(s) responsible for enacting same, and the employee(s) responsible for monitoring its usage.

ANSWER:

Defendant is unaware of any system named "Kronus." Defendant payroll is handled by ADP.

9. Identify the dates of Plaintiffs employment with Defendant; each and every position held by Plaintiff (including the dates when held); the job duties Plaintiff performed with each position held; who supervised Plaintiff in each position held; Plaintiff's rate of pay for each position held; the number' of hours (or a good-faith approximation) that Plaintiff worked during each week of Plaintiff s employment; and the monthly monetary value of all benefits (e.g., health insurance benefits) Plaintiff was receiving at the time of Plaintiff s termination.

15

ANSWER:

Plaintiff worked as a delivery driver.   The documents produced
herewith contain responsive information.


    10. For   each   and   every   workweek   that   Plaintiff   was
employed by Defendant, identify: (1) the most accurate time-
records Defendant maintain which tracked Plaintiffs time for the
week; (2) based on the most accurate time-records available to
Defendant, the actual amount of time Plaintiff worked each day;
(3) the amount of time Defendant paid Plaintiff for the week;
and (4) the basis for any deductions made from Plaintiffs hours.

ANSWER:

The documents produced herewith contain responsive information.


    11. Identify any job duties that Plaintiff was required to
perform during his meal breaks.

ANSWER:

None.


    12. Identify any and all discipline Defendant issued to
Plaintiff, including the date(s) the discipline was issued; the
person(s) responsible for issuing the discipline; the nature of
the discipline (for example, whether the discipline was an
unpaid or paid suspension, a written or verbal warning, a
written or verbal counseling, etc.); the reason(s) the
discipline was issued; and whether the discipline was ever
memorialized in writing.

ANSWER:

Verbal and written disciplinary notice was issued on various
occasions, which are produced herewith and plaintiff is referred
to those documents in response to the request.  Generally,
violations related to reckless driving, sloppy record keeping
and money management, smoking in company vehicles, and excessive
and unauthorized stops.

13. Identify each and every workplace policy, procedure, and/or rule that Defendant contends Plaintiff violated during the last six (6) months of Plaintiff s employment.

**ANSWER:**

See answer 12 above along with disciplinary notices produced herewith.

14. Identify any written policies provided to Plaintiff regarding how he was to report work performed during a meal break.

**ANSWER:**

The written policy is that the employee is to keep track of meal breaks and is to report when compensation did not reflect working through a meal break.  This includes circumstances where meal breaks were missed, but not accounted for.

15. Identify each and every payment made to Plaintiff for any and all work performed during a meal break during the relevant time period. If Defendant has not made such a payment, explicitly state same and state whether Defendant contends that this is because Plaintiff never worked during a meal break during the relevant time period.

**ANSWER:**

Defendant paid overtime to plaintiff.  Unless plaintiff advised defendant that he worked through his meal break, defendant was unaware that plaintiff did so.  Accordingly, defendant is not in a position to answer whether plaintiff ever worked through a meal break, unless he advised that he had done so.  Records produced herewith reflect that Mr. Reed knew how to report when he missed a meal break and confirm that he was paid overtime as a result.

16. Identify each and every employee and/or former employee of Defendant who has made an informal or formal complaint (whether the complaint was oral or written; internally made - such as a complaint made to a supervisor, manager, or human resources representative of Defendant; or externally made

17

- such as a complaint filed with a Department of Labor or a Court of Law) at any time within the last five (5) years regarding any form of wage payment issues (such as a minimum wage or overtime compensation issue, or a failure to pay wages due issue).

**ANSWER:**

**This request goes beyond the scope of limited precertification discovery.**

17. Identify each and every person who has provided information and/or assisted in answering these interrogatories (excluding counsel) and identify all documents relied upon in answering same. If more than one person has provided information in compiling this information, identify with specificity each interrogatory that each for which each person has provided information.

**ANSWER:**

**Steve Moskal. Documents produced to plaintiff have been reviewed in preparing responses.**

## CERTIFICATION

As an officer or agent of this defendant, I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief; and that I am authorized to provide the foregoing answers. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

EMPIRE AUTO PARTS, INC.

By: _____

Name: Steve Moskal

Title: GM

Dated: May 16, 2014