# EXHIBIT J



| 15 Jackson Road | 61 Robert Treat Paine Drive | 8870 Greenwood Place |
| Totowa, NJ 07512 | Taunton, MA 02780 | Savage, MD 20763 |

# COMPANY VEHICLE GPS TRACKING UNIT ACKNOWLEDGEMENT

Company vehicles driven by Empire Auto Parts, Inc. Employees are equipped with GPS tracking units.

These GPS tracking units monitor real time vehicle location as well as driver behaviors, such as: hard braking, harsh turning, idling time, miles driven, rapid acceleration, route taken, seat belt utilization, speed, stopping, and other values.

The management of Empire Auto parts, Inc. reserve the right, without notice and at its sole discretion, to analyze, distribute, share, use, disclose, release, or otherwise act on information gathered from GPS tracking units for any purpose or application whatsoever, as they see fit.

Driver behavior reported by the GPS units might lead to employees being penalized, up to and including, but not limited to, verbal warnings, written warnings, suspension, and termination of employment with the company.

By signing below, I acknowledge that I have received, read, and understand the Company Vehicle GPS Tracking Unit Acknowledgement, and I fully understand the contents, meaning, implications, and impact of this document. With my signature, I consent to the conditions and terms, and I hereby irrevocably grant Empire Auto Parts/POY Holdings and those acting with its authority the right to use GPS tracking as described above. I hereby waive all rights and release Empire Auto Parts/POY Holdings from any claim or cause of action, whether now known or unknown, for invasion of right to privacy, publicity or personality or any similar matter based upon or relating to the use of the GPS Tracking Unit as contemplated herein, and submit to the terms listed above.

_____          _____
Signature                                                                        Date

_____
Name (Please Print)

circ. 02/20/2013

D000413

# EMPIRE AUTO PARTS

Toll Free: 800-624-4561 · Local: 973-772-4206 · Fax: 973-772-0515
15 Jackson Road, Totowa, NJ 07512

# COMPANY VEHICLE GPS TRACKING UNIT ACKNOWLEDGEMENT

Company vehicles driven by Empire Auto Parts, Inc. Employees are equipped with GPS tracking units.

These GPS tracking units monitor real time vehicle location as well as driver behaviors, such as: hard braking, harsh turning, idling time, miles driven, rapid acceleration, route taken, seat belt utilization, speed, stopping, and other values.

The management of Empire Auto parts, Inc. reserve the right, without notice and at its sole discretion, to analyze, distribute, share, use, or otherwise act on this information for any purpose and application whatsoever, as they see fit. Empire Auto Parts, Inc explicitly reserves the right to use this information in any court of law, or for any other legal purposes.

Driver behavior reported by the GPS units might lead to employees being penalized, up to and including, but not limited to, verbal warnings, written warnings, suspension, and termination of employment with the company.

By signing below, I acknowledge that I have received, read, and understand the Company Vehicle GPS Tracking Unit Acknowledgement, and I fully understand the contents, meaning, implications, and impact of this document.  With my signature, I consent to the conditions and terms, and I hereby irrevocably grant Empire Auto Parts/POY Holdings and those acting with its authority the right to use GPS tracking as described above.  I hereby waive all rights and release Empire Auto Parts/POY Holdings from any claim or cause of action, whether now known or unknown, for invasion of right to privacy, publicity or personality or any similar matter, or based upon or relating to the use of the GPS Tracking Unit as contemplated herein, and submit to the terms listed above.

Signature _____

Date 6/21/12

Name (Please Print) _____Jason Reed_____

circ. 6/19/2012

D000003