# EXHIBIT K

Poy        smoskal@empireauto.biz

| Filter... | Viewing: All | | | | |
|---|---|---|---|---|---|
| Search address, vehicles or driver | Options | Summary | Live Positions | | Reports |

| Nov 01 - Dec 31, 2012 | | Stopped | Idling | |
|---|---|---|---|---|
| to 8:06 AM | | | | |
| **Fri Nov 09** 1157 NJ, CINNAMINSON DELIVERY | | 2d 18h | 12m 17s | |
| 1 | NJ112747 from 8:16 AM to 8:21 AM | 4m 23s | 23s | 1( |
| 2 | 6406 Keystone St from 8:28 AM to 8:31 AM | 3m 10s | 6s | |
| 3 | NJ068626, NJ113526, NJ077876, NJ077877 from 8:37 AM to 8:40 AM | 3m 15s | 2s | |
| 4 | NJ078043, NJ078170, NJ078049 from 8:45 AM to 8:49 AM | 4m 13s | 37s | |
| 5 | NJ078152, NJ078151, NJ078157, NJ078155, NJ078153, NJ078159 from 8:55 AM to 8:58 AM | | | |
| | | 2m 25s | 1s | |
| 6 | NJ102132 from 9:13 AM to 9:25 AM | 11m 35s | 7s | 1! |
| 7 | 4413 Old Lincoln Hwy from 9:36 AM to 9:44 AM | 7m 54s | 2m 26s | 1 |
| 8 | 574 Washington Ave from 10:03 AM to 10:07 AM | 3m 40s | 4s | 1 |
| 9 | NJ077146 from 10:20 AM to 10:33 AM | 13m 23s | 2s | 1 |
| 10 | 1 Maple Ave from 10:50 AM to 11:09 AM | 19m 14s | 1s | 1 |
| 11 | NJ077283 from 11:37 AM to 11:48 AM | 10m 59s | 2s | 2 |
| 12 | Otter St from 12:29 PM to 12:30 PM | 1m 23s | 23s | 4 |

my15.geotab.com/#activityAndTripsReport2,nodes:(dateRange:(endDate:'2013-01-01T04:59:00.000Z',interval:custom,startDate:'2012-11-01T04:00:00.000Z'),rou...   1/1

D000177