# EXHIBIT L



# EMPIRE AUTO PARTS

[x] 15 Jackson Road
Totowa, NJ 07512

[ ] 61 Robert Treat Paine Drive
Taunton, MA 01780

[ ] 8870 Greenwood Place
Savage, MD 20763

Date: 10/3/12
Time: 11:42 AM

## EMPLOYEE WRITTEN WARNING NOTICE

The following employee __JASON REED__
Is being disciplined for failure to comply with company policy or work performance:

**Please check all boxes that apply:**

- [ ] Disorderly conduct/attitude
- [ ] Excessive absenteeism/lateness
- [x] Failure to follow safety procedures
- [ ] Improper vehicle maintenance
- [x] Poor driving performance
- [ ] Unauthorized internet usage/Unauthorized network access
- [ ] Work performance
- [ ] Gross misconduct                                        **(Automatic Termination)**
- [ ] Unauthorized use of company/customer funds for personal reasons    **(Automatic Termination)**
- [ ] Other

- [x] Verbal warning(s)    Documented with signature

- [ ] 1st Written Warning
- [ ] 2nd Written Warning    One (1) day suspension (without pay)
- [ ] Termination

**Remarks:** Between the dates of 9/25 & 9/27 the GEOTAB Device installed in VEH #1157 (FORD VAN) has reported several speed violations (Including a max speed of 91mph 9/25 3:21pm) You have been confirmed as the driver of this vehicle. There is no reason to drive this vehicle at such dangerous speeds, regardless of the flow of traffic. The preset speed limit is set at 70mph (Please do not exceed this)

I, __Jason Reed__ hereby acknowledge the disciplinary action being governed by my conduct towards the company policy.

Employee Signature                                         Date 10/4/12

Management Signature                                       Date 10/3/12

Witness Signature                                          Date

* ATTACHED IS A COPY OF THE REPORT

circ. 1/19/2011

D000112

**A** 1100 Taylors Ln, Cinnaminson, NJ 08077

*Check out = 8:50*

| | | |
|---|---|---|
| | 1. Head **northwest** on **Taylors Ln** toward **Cindel Dr** | go 0.1 mi<br>total 0.1 mi |
| ↰ | 2. Take the 1st left onto **Broad St/River Rd**<br>Continue to follow Broad St<br>About 8 mins | go 3.2 mi<br>total 3.4 mi |
| (73) | 3. Turn right onto **NJ-73 N**<br>Partial toll road<br>About 2 mins | go 1.2 mi<br>total 4.6 mi |
| | 4. Continue onto **Tacony Palmyra Bridge**<br>Entering Pennsylvania | go 0.5 mi<br>total 5.0 mi |
| ↗ | 5. Slight right onto **New State Rd**<br>About 2 mins | go 0.7 mi<br>total 5.7 mi |
| | 6. Continue onto **State Rd**<br>About 1 min | go 0.3 mi<br>total 6.1 mi |
| (73) | 7. Turn left onto **PA-73 W/Cottman Ave**<br>Continue to follow PA-73 W<br>About 16 mins | go 6.7 mi<br>total 12.8 mi |
| (611) | 8. Turn right onto **PA-611 N/Old York Rd**<br>About 3 mins | go 1.4 mi<br>total 14.1 mi |
| ↱ | 9. Turn right onto **The Fairway**<br>Destination will be on the right<br>About 1 min | go 0.3 mi<br>total 14.5 mi |

Total: **14.5 mi** – about **35 mins**

**B** 1650 The Fairway, Jenkintown, PA 19046     *Stop #6 9:40 (10:02)*   total 0.0 mi

| | | |
|---|---|---|
| | 10. Head **east** on **The Fairway** | go 266 ft<br>total 266 ft |
| ↶ | 11. Make a U-turn<br>About 1 min | go 0.4 mi<br>total 0.4 mi |
| (611) | 12. Turn right onto **PA-611 N/Old York Rd**<br>Continue to follow PA-611 N<br>About 4 mins | go 2.8 mi<br>total 3.2 mi |
| (263) | 13. Continue onto **PA-263 N/York Rd**<br>About 4 mins | go 2.4 mi<br>total 5.6 mi |
| ↱ | 14. Turn right onto **E Moreland Ave** | go 0.2 mi<br>total 5.8 mi |
| ↰ | 15. Take the 2nd left onto **Jacksonville Rd**<br>About 55 secs | go 0.3 mi<br>total 6.2 mi |
| ↱ | 16. Turn right onto **Tanner Ave**<br>Destination will be on the right | go 217 ft<br>total 6.2 mi |

Total: **6.2 mi** – about **12 mins**

**C** 218 Tanner Ave, Hatboro, PA 19040     *Stop #12 10:00 (10:30)*   total 0.0 mi

17. Head **northwest** on **Tanner Ave** toward **Jacksonville Rd**     go 217 ft

|   |   |   |
|---|---|---|
|   |   | total 217 ft |
| (332) | 18. Turn right onto **PA-332 E/Jacksonville Rd**<br>About 6 mins | go 2.7 mi<br>total 2.8 mi |
| ← | 19. Turn left onto **W Bristol Rd**<br>About 2 mins | go 0.8 mi<br>total 3.5 mi |
| ↱ | 20. Turn right onto **Mearns Rd** | go 0.2 mi<br>total 3.7 mi |
| ← | 21. Take the 1st left onto **Campus Dr**<br>About 1 min | go 0.3 mi<br>total 4.0 mi |
| ↱ | 22. Take the 1st right to stay on **Campus Dr** | go 0.1 mi<br>total 4.2 mi |
| ↱ | 23. Turn right onto **Stout Dr**<br>Destination will be on the left | go 279 ft<br>total 4.2 mi |
|   |   | Total: **4.2 mi** – about **10 mins** |
| (D) | 2070 Stout Dr, Warminster, PA 18974   *Stop #2 ≈ 10:15 (10:50)* | total 0.0 mi |
|   | 24. Head **northwest** on **Stout Dr** toward **Campus Dr** | go 279 ft<br>total 279 ft |
| ← | 25. Take the 1st left onto **Campus Dr** | go 0.1 mi<br>total 0.2 mi |
| ← | 26. Turn left to stay on **Campus Dr**<br>About 52 secs | go 0.3 mi<br>total 0.5 mi |
| ↱ | 27. Turn right onto **Mearns Rd**<br>About 4 mins | go 1.5 mi<br>total 2.0 mi |
| (132) | 28. Turn right onto **PA-132 W/W Street Rd**<br>About 1 min | go 0.4 mi<br>total 2.4 mi |
| (263) | 29. Turn left onto **PA-263 S/York Rd**<br>About 3 mins | go 1.1 mi<br>total 3.6 mi |
| ↱ | 30. Turn right onto **W County Line Rd**<br>About 2 mins | go 0.9 mi<br>total 4.4 mi |
| ← | 31. Turn left onto **Meetinghouse Rd**<br>About 3 mins | go 1.3 mi<br>total 5.8 mi |
| ↱ | 32. Turn right onto **Easton Rd**<br>Destination will be on the right | go 0.2 mi<br>total 5.9 mi |
|   |   | Total: **5.9 mi** – about **15 mins** |
| (E) | 538 Easton Rd, Horsham, PA 19044   *Stop #3 ≈ 10:40 (11:49)* | total 0.0 mi |
|   | 33. Head **southeast** on **Easton Rd** toward **Homestead Ln** | go 0.2 mi<br>total 0.2 mi |
| ↱ | 34. Take the 2nd right onto **Dresher Rd** | go 0.2 mi<br>total 0.3 mi |
| (463) | 35. Turn right onto **PA-463 W/Horsham Rd**<br>About 2 mins | go 0.9 mi<br>total 1.2 mi |
| ← | 36. Turn left onto **Norristown Rd**<br>About 6 mins | go 2.6 mi<br>total 3.8 mi |

| | | |
|---|---|---|
| ↰ | 37. Turn left onto **E Butler Pike** <br> About 4 mins | go 1.8 mi <br> total 5.6 mi |
| | 38. Continue onto **E Butler Ave** <br> About 5 mins | go 2.2 mi <br> total 7.7 mi |
| (73) | 39. Turn right onto **PA-73 W/W Skippack Pike** <br> About 7 mins | go 3.2 mi <br> total 10.9 mi |
| ↱ | 40. Turn right onto **2nd Ave** | go 121 ft <br> total 10.9 mi |

Total: **10.9 mi** – about **24 mins**

| F | 890 2nd Ave, Blue Bell, PA 19422   *Stop #4 ≈ 11:15 (12:17)* | total 0.0 mi |
|---|---|---|
| | 41. Head **southwest** on **2nd Ave** toward **PA-73 W/W Skippack Pike** | go 121 ft <br> total 121 ft |
| (73) | 42. Turn left onto **PA-73 E/W Skippack Pike** <br> About 1 min | go 325 ft <br> total 446 ft |
| (202) | 43. Take the 1st left onto **US-202 N/Dekalb Pike** <br> About 8 mins | go 4.3 mi <br> total 4.4 mi |
| (202) | 44. Continue onto **US-202 Bypass N** <br> About 3 mins | go 1.8 mi <br> total 6.2 mi |
| ↰ | 45. Turn left onto **Horsham Rd** <br> About 3 mins | go 1.0 mi <br> total 7.1 mi |
| (309) | 46. Slight right onto **PA-309 N/Bethlehem Pike** <br> Continue to follow PA-309 N <br> About 14 mins | go 7.9 mi <br> total 15.0 mi |
| ↗ | 47. Take the **PA-152** exit toward **Telford/Sellersville** | go 0.2 mi <br> total 15.2 mi |
| (152) | 48. Turn right onto **PA-152 S/E Park Ave/State Rd** <br> Continue to follow PA-152 S/State Rd <br> About 2 mins | go 0.7 mi <br> total 15.9 mi |
| (152) | 49. Turn left onto **PA-152 S/E Park Ave** <br> Continue to follow PA-152 S <br> About 2 mins | go 0.8 mi <br> total 16.8 mi |
| | 50. Continue onto **N Main St** <br> About 2 mins | go 1.3 mi <br> total 18.1 mi |
| (563) | 51. Turn right onto **PA-563 N/S Ridge Rd** | go 276 ft <br> total 18.2 mi |
| ↰ | 52. Take the 1st left onto **Old Bethlehem Pike** <br> About 1 min | go 0.2 mi <br> total 18.3 mi |

Total: **18.3 mi** – about **36 mins**

| G | 1118 Old Bethlehem Pike, Sellersville, PA 18960   *Stop #5 ≈ 12:00 (12:48)* | total 0.0 mi |
|---|---|---|
| | 53. Head **south** on **Old Bethlehem Pike** toward **Old Mill Rd** | go 0.2 mi <br> total 0.2 mi |
| (563) | 54. Take the 2nd right onto **PA-563 S/S Ridge Rd** <br> About 3 mins | go 1.2 mi <br> total 1.4 mi |
| | 55. Turn left onto **Lawn Ave** | go 0.1 mi |

| | | | |
|---|---|---|---|
| ↰ | | | total 1.5 mi |
| (309) | 56. Turn right to merge onto **PA-309 S**<br>About 16 mins | | go 10.9 mi<br>total 12.4 mi |
| (202) | 57. Turn right onto **US-202 S/Dekalb Pike**<br>About 2 mins | | go 1.2 mi<br>total 13.6 mi |
| (63) | 58. Slight left onto **PA-63/Welsh Rd**<br>About 4 mins | | go 1.6 mi<br>total 15.2 mi |
| (309) | 59. Turn right onto **PA-309 S/N Bethlehem Pike**<br>Continue to follow PA-309 S<br>About 12 mins | | go 10.3 mi<br>total 25.5 mi |
| ↰ | 60. Turn left onto **Greenwood Ave**<br>About 2 mins | | go 0.7 mi<br>total 26.1 mi |
| ↱ | 61. Turn right onto **Church Rd**<br>About 8 mins | | go 3.4 mi<br>total 29.5 mi |
| (73) | 62. Turn right onto **PA-73 E/Township Line Rd**<br>Continue to follow PA-73 E<br>About 12 mins | | go 4.7 mi<br>total 34.2 mi |
| ↱ | 63. Turn right onto **State Rd**<br>About 2 mins | | go 0.3 mi<br>total 34.6 mi |
| ↖ | 64. Slight left onto **New State Rd**<br>About 1 min | | go 0.7 mi<br>total 35.2 mi |
| ↰ | 65. Turn left onto **Elbridge St**<br>About 1 min | | go 0.2 mi<br>total 35.4 mi |
| ↗ | 66. Slight right onto **Barnett St** | | go 0.1 mi<br>total 35.5 mi |
| ↱ | 67. Keep right at the fork | | go 190 ft<br>total 35.6 mi |
| ↗ | 68. Slight right onto **Tacony St** | | go 374 ft<br>total 35.6 mi |
| | 69. Continue onto **Tacony Palmyra Bridge**<br>About 2 mins | | go 1.6 mi<br>total 37.2 mi |
| (73) | 70. Continue onto **NJ-73 S** | | go 0.2 mi<br>total 37.5 mi |
| ↗ | 71. Take the exit toward **Palmyra** | | go 0.1 mi<br>total 37.6 mi |
| | 72. Merge onto **New River Rd** | | go 0.2 mi<br>total 37.8 mi |
| ↰ | 73. Turn left onto **Hilton Rd/Public Rd**<br>About 45 secs | | go 0.2 mi<br>total 38.0 mi |
| ↱ | 74. Take the 3rd right onto **W Broad St**<br>About 6 mins | | go 3.0 mi<br>total 41.0 mi |
| ↱ | 75. Turn right onto **Taylors Ln** | | go 0.1 mi<br>total 41.2 mi |

Total: **41.2 mi** – about **1 hour 16 mins**

1100 Taylors Ln, Cinnaminson, NJ 08077    1:30 (2-13)

**A** 1100 Taylors Ln, Cinnaminson, NJ 08077      *Check Out = 2:33*

1. Head **northwest** on **Taylors Ln** toward **Cindel Dr** — go 0.1 mi / total 0.1 mi
2. Take the 2nd right onto **Broad St/River Rd**
   Continue to follow River Rd
   About 3 mins — go 1.3 mi / total 1.4 mi
3. Turn left onto **American Legion Dr**
   About 47 secs — go 0.1 mi / total 1.5 mi
4. Take the 1st right onto **Adams St**
   Destination will be on the right — go 0.1 mi / total 1.7 mi

Total: **1.7 mi** – about **4 mins**

**B** 209 Adams St, Riverside, NJ 08075    *Stop #1 ≈ 2:40 (2:37)*    total 0.0 mi

5. Head **west** on **Adams St** toward **American Legion Dr**
   About 1 min — go 0.3 mi / total 0.3 mi
6. Turn left onto **N Chester Ave**
   About 4 mins — go 1.7 mi / total 2.0 mi
7. Turn right onto **US-130 S/Burlington Pike**
   Continue to follow US-130 S
   About 20 mins — go 13.7 mi / total 15.7 mi
8. At the traffic circle, take the **2nd** exit onto **NJ-47 S/County Rd 551**
   Continue to follow NJ-47 S
   Destination will be on the left
   About 5 mins — go 3.0 mi / total 18.8 mi

Total: **18.8 mi** – about **31 mins**

**C** 1345 Delsea Dr, Woodbury, NJ 08096    *Stop #2 ≈ 3:20 (3:23) stop 32 mins*    total 0.0 mi

9. Head **north** on **NJ-47 N/Delsea Dr** toward **Lexington Dr**
   About 3 mins — go 1.7 mi / total 1.7 mi
10. Slight right to merge onto **I-295 N**
    About 2 mins — go 1.7 mi / total 3.4 mi
11. Continue onto **I-76 W**
    About 1 min — go 1.0 mi / total 4.4 mi
12. Exit onto **US-130 N/Crescent Blvd** toward **Collingswood**
    About 2 mins — go 1.3 mi / total 5.7 mi
13. Slight right to stay on **US-130 N/Crescent Blvd**
    Continue to follow US-130 N
    About 15 mins — go 10.2 mi / total 15.9 mi
14. Turn left onto **Taylors Ln**
    Destination will be on the right
    About 3 mins — go 1.3 mi / total 17.2 mi

Total: **17.2 mi** – about **26 mins**

**D** 1100 Taylors Ln, Cinnaminson, NJ 08077    *4:00 (4:26)   Check In = 4:43*

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause



# EMPIRE AUTO PARTS

| | | |
|---|---|---|
| ☑ 15 Jackson Road<br>Totowa, NJ 07512 | ☐ 61 Robert Treat Paine Drive<br>Taunton, MA 01780 | ☐ 8870 Greenwood Place<br>Savage, MD 20763 |

Date: 11-29-12
Time: 442pm

## EMPLOYEE WRITTEN WARNING NOTICE

The following employee __Jason Reed__ is being disciplined for failure to comply with company policy or work performance:

**Please check all boxes that apply:**

☐ Disorderly conduct/attitude
☐ Excessive absenteeism/lateness
☐ Failure to follow safety procedures
☐ Improper vehicle maintenance
☐ Poor driving performance
☐ Unauthorized internet usage/Unauthorized network access
☐ Work performance
☐ Gross misconduct                                                   **(Automatic Termination)**
☐ Unauthorized use of company/customer funds for personal reasons    **(Automatic Termination)**
☑ Other

☑ Verbal warning(s)         Documented with signature

☑ 1st Written Warning
☐ 2nd Written Warning       One (1) day suspension (without pay)
☐ Termination

**Remarks:** You were verball warned on August 24th, 2012 of making stops not related to your delivery log. This incident was regarding stopping home. Just recently you had made four additional stops on November 23rd, 2012 that were not part of your schedule. We talked in length on how this effects the entire staff on November 28th 2012. Any future incident will result in One-day Suspension and/or Termination

I, __Jason Reed__ hereby acknowledge the disciplinary action being governed by my conduct towards the company policy.

_Employee Signature_                          Date 11-30-2012
_Management Signature_                        Date 11-30-2012
_Witness Signature_                           Date 11-30-2012

circ. 11/13/2012

D000128