# EXHIBIT M



Steve Moskal <smoskal@empireauto.biz>

## Fwd: 1/3
1 message

**Steve Moskal** <smoskal@empireauto.biz>  Thu, Nov 29, 2012 at 4:16 PM
To: Steve Moskal <smoskal@empireauto.biz>

Its a little hard to work all day wit out getn somethin small to eat but i wil not stop anymore i promise.. If

Of my pay so she cud hav a nice thanksgivn. I stopped there fri for leftovers cuz i dont hav a dime left to my name even for a

i loose this job or get suspended its

It wil hurt my son more than me so it wont happen again sir.. I apologize..
---------- Forwarded message ----------
From: <2019540406@messaging.sprintpcs.com>
Date: Wed, Nov 28, 2012 at 12:36 PM
Subject: 1/3
To: smoskal@empireauto.biz


Fwd:Of my pay so she cud hav a nice thanksgivn. I stopped there fri for leftovers cuz i dont hav a dime left to my name even for a


--
Steve Moskal
General Manager

Empire Auto Parts, Inc.
15 Jackson Road
Totowa, NJ 07512-1001

Email: smoskal@empireauto.biz
Internal: NJ Ext. 131
External: Auto Attendant (973) 340-6530 Ext # 131 / Fax (973) 772-0515

ISO 9001 and NSF P394 Certified Company