# EXHIBIT N

## DECLARATION OF MICHAEL DIAMANTE PURSUANT TO 28 U.S.C. 1746

I, Michael Diamante, delcare pursuant to 28 U.S.C. 1746 as follows:

1. I, Michael Diamante, am currently employed by Empire Auto Parts, Inc. ("Empire" or the "Company") as a delivery driver. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed that Jason Reed contends in a lawsuit that he filed that Empire's employees were not paid properly. I also have been informed that Jason Reed wants to proceed as a representative of other Empire employees, like me, to attempt to recover damages for alleged wage violations that he contends affect hourly employees in some fashion.

3. I spoke with Empire's attorney voluntarily and understand that Empire will use the information I provided to attempt to demonstrate that Jason Reed's experiences were not representative and, further, that Empire has not violated any laws regarding paying its employees.

4. I am employed by Empire in the Cinnaminson office as a delivery driver.

5. I have been with Empire for eleven years, the last three in Cinnaminson.

6. Throughout my time at Empire, regardless of the office, I have always been instructed to take my thirty-minute meal break.

7. Throughout my time at Empire, regardless of the office, I have never heard of drivers being instructed to not take their thirty-minute meal break, or being disciplined for taking a thirty-minute meal break.

8. Occasionally, I will skip my thirty-minute meal break, voluntarily, so that I

D000285

can finish my route faster. In those instances, I have not reported this to my supervisors.

9. I have never had any issue with Empire compensating me and paying me overtime.

10. In the rare event that there is a mistake with my compensation, I have advised Jeff Bealer, and the issue is promptly corrected.

I declare under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

Executed on this  11  day of  3 , 2014, at Cinnaminson, New Jersey.

*Michael Diamante*
Michael Diamante

## DECLARATION OF DAVID PIERCE PURSUANT TO 28 U.S.C. 1746

I, David Pierce, delcare pursuant to 28 U.S.C. 1746 as follows:

1. I, David Pierce, am currently employed by Empire Auto Parts, Inc. ("Empire" or the "Company") as a delivery driver. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed that Jason Reed contends in a lawsuit that he filed that Empire's employees were not paid properly. I also have been informed that Jason Reed wants to proceed as a representative of other Empire employees, like me, to attempt to recover damages for alleged wage violations that he contends affect hourly employees in some fashion.

3. I spoke with Empire's attorney voluntarily and understand that Empire will use the information I provided to attempt to demonstrate that Jason Reed's experiences were not representative and, further, that Empire has not violated any laws regarding paying its employees.

4. I am employed by Empire in the Cinnaminson office as a delivery driver.

5. I have always been instructed to take my thirty-minute meal break.

6. Occasionally, I will skip my thirty-minute meal break, voluntarily, so that I can finish my route faster and get home sooner.

7. If I do take my thirty-minute meal break, and arrive back at the Cinnaminson office later than the time I am supposed to, I am paid overtime.

8. I have never had any issue with Empire compensating me and paying me overtime.

1

D000287

9. In the rare event that there is a mistake with my compensation, I have advised Steve Moskal, and the issue is promptly corrected.

I declare under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

Executed on this __11__ day of _____, 2014, at Cinnaminson, New Jersey.

_____
David Pierce

D000288

DECLARATION OF KENNETH TONGUE PURSUANT TO 28 U.S.C. 1746

I, Kenneth Tongue, delcare pursuant to 28 U.S.C. 1746 as follows:

1. I, Kenneth Tongue, am currently employed by Empire Auto Parts, Inc. ("Empire" or the "Company") as a delivery driver. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed that Jason Reed contends in a lawsuit that he filed that Empire's employees were not paid properly. I also have been informed that Jason Reed wants to proceed as a representative of other Empire employees, like me, to attempt to recover damages for alleged wage violations that he contends affect hourly employees in some fashion.

3. I spoke with Empire's attorney voluntarily and understand that Empire will use the information I provided to attempt to demonstrate that Jason Reed's experiences were not representative and, further, that Empire has not violated any laws regarding paying its employees.

4. I am employed by Empire in the Cinnaminson office as a delivery driver.

5. I have always been instructed to take my thirty-minute meal break.

6. I have never heard of drivers being instructed to not take their thirty-minute meal break, or being disciplined for taking a thirty-minute meal break.

7. I generally take my thirty-minute meal break, but occasionally, I will skip my thirty-minute meal break, voluntarily, so that I can finish my route faster. In those instances, I have not reported this to my supervisors.

8. I have never had any issue with Empire compensating me and paying me

D000291

overtime.

9. In the rare event that there is a mistake with my compensation, I have advised Steve Moskal, and the issue is promptly corrected.

I declare under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

Executed on this **11** day of **March**, 2014, at Cinnaminson, New Jersey.

_____
Kenneth Tongue

D000292

<u>DECLARATION OF JEFFREY JONES PURSUANT TO 28 U.S.C. 1746</u>

I, Jeffrey Jones, delcare pursuant to 28 U.S.C. 1746 as follows:

1. I, Jeffrey Jones, am currently employed by Empire Auto Parts, Inc. ("Empire" or the "Company") as a delivery driver. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed that Jason Reed contends in a lawsuit that he filed that Empire's employees were not paid properly. I also have been informed that Jason Reed wants to proceed as a representative of other Empire employees, like me, to attempt to recover damages for alleged wage violations that he contends affect hourly employees in some fashion.

3. I spoke with Empire's attorney voluntarily and understand that Empire will use the information I provided to attempt to demonstrate that Jason Reed's experiences were not representative and, further, that Empire has not violated any laws regarding paying its employees.

4. I am employed by Empire in the Cinnaminson office as a delivery driver.

5. I have always been instructed to take my thirty-minute meal break.

6. Occasionally, I will skip my thirty-minute meal break, voluntarily, so that I can finish my route faster. In those instances, I have not reported this to my supervisors.

7. I have never had any issue with Empire compensating me and paying me overtime.

8. In the rare event that there is a mistake with my compensation, I have advised Steve Moskal, and the issue is promptly corrected.

D000293

I declare under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

Executed on this **11** day of **MARCH** 2014, at Cinnaminson, New Jersey.

_____
Jeffrey Jones

D000294

<u>DECLARATION OF KURT LOESCHER PURSUANT TO 28 U.S.C. 1746</u>

I, Kurt Loescher, delcare pursuant to 28 U.S.C. 1746 as follows:

1. I, Kurt Loescher, am currently employed by Empire Auto Parts, Inc. ("Empire" or the "Company") as a delivery driver. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed that Jason Reed contends in a lawsuit that he filed that Empire's employees were not paid properly. I also have been informed that Jason Reed wants to proceed as a representative of other Empire employees, like me, to attempt to recover damages for alleged wage violations that he contends affect hourly employees in some fashion.

3. I spoke with Empire's attorney voluntarily and understand that Empire will use the information I provided to attempt to demonstrate that Jason Reed's experiences were not representative and, further, that Empire has not violated any laws regarding paying its employees.

4. I am employed by Empire in the Cinnaminson office as a delivery driver.

5. I have always been instructed to take my thirty-minute meal break.

6. Occasionally, I will skip my thirty-minute meal break, voluntarily, so that I can finish my route faster. In those instances, I have not reported this to my supervisors.

7. I have never had any issue with Empire compensating me and paying me overtime.

I declare under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

D000295

Executed on this \_\_11\_\_ day of MARCH, 2014, at Cinnaminson, New Jersey.

/s/ Kurt Loescher
Kurt Loescher

D000296